DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID W. ROBERTS** and **ROYAL PALM PROPERTIES, LLC,**
Appellants,

v.

**CHRISTIE'S GREAT ESTATES, INC.,** n/k/a **CHRISTIE'S INTERNATIONAL REAL ESTATE, INC.** a Florida Corporation; **PREMIER ESTATE PROPERTIES, INC.; GERALD P. LIGUORI; CARMEN N. D'ANGELO, JR.; JOSEPH G. LIGUORI; RICK S. FELBERBAUM,** Individually; and **FELBERBAUM & ASSOCIATES, P.A.,** a Florida Professional Association,
Appellees.

No. 4D16-2768

[March 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 50-2009-CA-040545-XXXX-MB.

Robert J. Hauser of Pankauski Hauser PLLC, West Palm Beach; David R. Hazouri of Rafool, LLC, Miami; Gerald F. Richman, Gary S. Betensky and Brett L. Goldblatt of Richman Greer, P.A., West Palm Beach; and Robert A. Sweetapple of Sweetapple, Broeker & Varkas, PL, Boca Raton, for appellants.

Alan B. Rose, Gregory S. Weiss and L. Louis Mracheck of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., West Palm Beach, for appellee, Christie's International Real Estate, Inc.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***